IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE FRAZIER BRABSON,<br>　　　　Plaintiff, | )<br>)<br>) |
| V. | )    Civil Action No. 06-276 Erie |
| CYNTHIA DONOFRIO et al.,<br>　　　　Defendants. | )<br>)<br>) |

## ORDER

　　　　AND NOW, this 10th day of July, 2007, the Plaintiff having filed an Appeal of the

Magistrate Judges Order dated June 19, 2007 (Document No. 28)

　　　　IT IS HEREBY ORDERED that said Appeal is DENIED and the Order of the

Magistrate Judge is hereby AFFIRMED

　　　　　　　　　　　　　　　　　　　　S/Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　United States District Judge


cc: all parties of record.nmk