IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE F. BRABSON, | )<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-276 Erie |
| CYNTHIA A. DONOFRIO, et al., | )<br>) |
| Defendants. | ) |

## O R D E R

AND NOW, this 19th day of February, 2008, upon consideration of Plaintiff's motion for reconsideration [45],

IT IS HEREBY ORDERED that said motion is DENIED.

s/ Sean J. McLaughlin

SEAN J. McLAUGHLIN
United States District Judge

cm: all parties of record
Chief U.S. Magistrate Judge Susan Paradise Baxter